**309** SIMPSON ET AL. vs. CIRCUIT JUDGE (Alpena), 81 M., 116.

To vacate an order transferring a cause from the Alpena to the Wayne Circuit Court, it appearing that neither of the parties, or their attorneys, were residents of the County of Wayne.

Granted May 16, 1890.

**310** HOVEY ET AL. vs. CIRCUIT JUDGE (Kent), Nos. 12500 and 12500½.

To compel respondent to remand certain cases to Ingham Circuit.

Denied January 20, 1892, with costs in each case.

The cases were removed to the Kent Circuit in September, 1891. Notice of the application had been left at the office of the attorney for relator with a person in charge of the office. After the transfer of the cases, several letters passed between the attorneys of the respective parties, respecting the trial of the cases in the Kent Circuit, and the application for the writ was denied on the ground of waiver.

**311** KELLEY vs. CIRCUIT JUDGE (Alcona), 79 M., 392.

To vacate an order transferring a case from the Alpena Circuit to the Saginaw Circuit.

Granted January 31, 1890, on the ground that there was no proof that the judge of the Circuit Court to which the case is transferred is not disqualified, and that the substitution of attorneys residing at Saginaw was not made in good faith.